Pro Se 2 (Rev. 09/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
District of Kansas

FILED
U.S. District Court
District of Kansas

FEB 2 1 2017

Clerk, U.S. District Court
By _____ Deputy Clerk

|   |   |
|---|---|
| Edwin R. Petrowsky<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>NextEra Energy Resrouces, LLC<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____<br>(to be filled in by the Clerk's Office) |

## COMPLAINT AND REQUEST FOR INJUNCTION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Edwin R. Petrowsky |
   | Street Address | 50307 NW 60th Ave |
   | City and County | Pratt, Pratt |
   | State and Zip Code | Kansas, 67124 |
   | Telephone Number | (620) 546-6342 |
   | E-mail Address | lepetrowsky@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

   Defendant No. 1
   | | |
   |---|---|
   | Name | NextEra Energy Resources, LLC |
   | Job or Title *(if known)* | |

Page of 8

    Street Address   700 Universe Boulevard
    City and County   Juno Beach, Palm Beach
    State and Zip Code  Florida, 33408
    Telephone Number  (561) 694-4000
    E-mail Address *(if known)*

  Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

  Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

  Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

  ☐ Federal question     ☐ Diversity of citizenship

The amount in controversy is the total value of the entire species Grus Americanus, the Whooping Crane, as NextEra Energy, Inc. is taking them without an incidental take permit in an area likely to result in the species' extinction. The current estimate of species rehabilitation is $1.3 Million

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

They are occurring throughout Pratt and Kingman Counties, Kansas, and adjoining counties, and are likely to occur in other counties as well.

B. What date and approximate time did the events giving rise to your claim(s) occur?

The events giving rise to this claim have been ongoing for several years. Construction that has resulted in actual violation of the Endangered Species Act began in August, 2016.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Endangered Species Act, 16 U.S.C. § 1531, et seq.; specifically Prohibited Acts 16 U.S.C. § 1538.

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Edwin R. Petrowsky, is a citizen of the State of *(name)* Kansas.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation
      The defendant, *(name)* NextEra Energy Resources, LLC, is incorporated under the laws of the State of *(name)* Florida, and has its principal place of business in the State of *(name)* Florida. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

1. At various dates over the past several years, British Petroleum purchased leases to erect the Ninnescah Wind Farm. The project is designed to cross the center line of the migratory route of the Aransas-Wood Buffalo whooping crane population and will cover a large portion of Pratt County, Kansas. The project was later sold to NextEra Energy Resources, LLC ("NextEra"). NextEra does not have an incidental take permit for whooping cranes and is in violation of the Endangered Species Act.

2. On March 4, 2010, NextEra, through an employee and acting with others, signed and delivered to the Secretary of the Interior the Wind Turbine Guidelines Advisory Committee document containing Committee Policy Recommendations and Recommended Guidelines. Among the recommendations was a requirement to use "public or other readily available . . . databases from sources such as federal, state, . . . the academic community, [and] conservation organizations" to make an initial determination whether the area is suitable for wind development.

3. Just over one year later, on July 14, 2011, pursuant to the Endangered Species Act, 16 U.S.C. § 1539(a)(2), Nextera, along with multiple other commercial wind energy companies, filed a draft environmental impact statement and habitat conservation plan for wind farm development within the Aransas-Wood Buffalo flyway in Kansas and other states. 76 Fed. Reg. 41,510. The U.S. Fish and Wildlife Service has not taken any further action on this plan and it is not approved. The case numbers are FWS-R2-ES-2010-N283 and 20124-1112-000-F2. The Fish and Wildlife Service has not issued an incidental take permit to NextEra. The proposed habitat conservation plan covered an area from the center of the migratory route out 100 miles to either side.

4. In response to the proposed wind farm, the residents of Pratt County created a zoning board (the "Board"). Among other requirements, the Board motioned and passed a requirement to ensure NextEra was in compliance with applicable federal wildlife laws. NextEra representatives admitted that neither did it have an incidental takings permit, nor would it apply for one. The Board and the County Commissioners had a majority membership of people who were financially connected to the project and eventually allowed NextEra to continue without complying with the Endangered Species Act.

5. At Board meetings throughout the planning phase, various citizens asked NextEra about complying with the Endangered Species Act and testified that whooping cranes are, at various times and frequencies, present in the areas where NextEra eventually built wind turbines.

6. In August, 2016, the Pratt County Commission approved the wind project and NextEra began construction. NextEra has constructed the farm and it began producing power in December.

7. At a County Commission meeting on November 21, 2016, focused on approving the Pratt Wind farm, plaintiff advised NextEra representatives that the wind farm was now violating the Endangered Species Act. The representative used a strawman argument to avoid answering, stating that NextEra was not in violation of the Endangered Species Act at the Pratt Wind farm, which had not yet been approved or built.

8. On December 6, 2016, in order to comply with the Endangered Species Act's notice requirement, plaintiff mailed a letter to NextEra's registered agent and the Secretary of the Interior stating that the Ninnescah Wind Farm violated the Endangered Species Act, giving specific reasons why, and demanding that NextEra come into compliance with the Act. The letter also addressed future wind farms within the proposed habitat conservation plan area. While the letter did not address incidental take at the Kingman Wind Farm, it was specific enough as to incidental take within the proposed habitat conservation plan area to put both NextEra and the Department of the Interior on notice that the Kingman Wind Farm also violates the Endangered Species Act. NextEra owns and operates the Kingman Wind Farm, which sits adjacent to the Ninnescah Wind Farm and along the cenerline of the Aransas-Wood Buffalo migratory route. Additionally, the American Bird Conservancy and the International Crane Foundation sent a notice letter on January 21, 2015.

Pro Se 2 (Rev. 09/16) Complaint and Request for Injunction

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

This project may lead to the extinction of whooping cranes or irreparable damage to their only remaining wild population. Further, the Endangered Species Act is a strict liability statute and specifically contemplates equitable relief. Whooping cranes have been known to land on or near my property. As a landowner, I benefit from their existence. I have seen, and continue to expect to see, them use my farm property for feeding and roosting. I also expect to continue seeing them fly over my property.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I respectfully ask this court to issue a temporary restraining order, pursuant to Fed. R. Civ. P. 65, until NextEra has a chance to defend its position, then a permanent injunction against the erection of any wind towers within the Aransas-Wood Buffalo migratory population flyway and any areas covered by the proposed habitat conservation plan until such time as NextEra has obtained an incidental take permit. Because of NextEra's insolence, I also request the court to order NextEra to dismantle any towers it has erected within the proposed habitat conservation plan area in willful violation of the Endangered Species Act. Should any of NextEra's representatives that I have personally informed of the violation be attorneys, I also respectfully request that this court uses its inherent powers to sanction them for extreme ethics violations.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-21-2017

Signature of Plaintiff: [signed] pro se

Printed Name of Plaintiff: Edwin R. Petrowsky

place of trial - Wichita, Ks

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____